JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL R. SILVER LUTZA; THE ESTATE OF NISSAN PARDO; and DYNAMIC NURSING SERVICES, INC.,<br><br>    Plaintiffs,<br><br>  v .<br><br>SCOTTSDALE INSURANCE COMPANY; and DOES 1 to 25, inclusive,<br><br>    Defendants. | CASE NO. 2:26-cv-03825-SPG-SSC<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND [ECF NO. 11]** |

Before the Court is the parties' Joint Stipulation to Remand.  (ECF No. 11 ("Stipulation")).  Having considered the Stipulation, and finding good cause therefor, the Court hereby GRANTS the Stipulation and ORDERS that this matter be remanded to the Los Angeles County Superior Court.

**IT IS SO ORDERED.**

DATED: May 8, 2026



HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE